IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE BERBER,

    Petitioner,           No. CIV S-01-1215 LKK DAD P

    vs.

GEORGE ORTIZ, Warden,

    Respondent.        ORDER

_____/

        This petition for writ of habeas corpus was dismissed on March 30, 2005, and is currently on appeal to the Ninth Circuit Court of Appeals. On May 16, 2005, petitioner filed an untitled document in which he requests that the court "assist petitioner with available forms v. transcript designation and ordering form." On May 19, 2005, petitioner filed a letter with the Clerk of the Court in which he requests assistance in obtaining or filling out unspecified forms. Also on May 19, 2005, petitioner filed a request for extension of time to file a motion to proceed in forma pauperis on appeal.

        Petitioner is advised that the court file and all necessary transcripts have been transmitted by this court to the court of appeals. Accordingly, petitioner's May 16 and 19, 2005, requests for assistance will be denied as unnecessary. The Clerk of the Court will be directed to send petitioner the appropriate form to request in forma pauperis status on appeal. Petitioner is

advised that Rule 24 of the Rules of Appellate Procedure states that a party who did not proceed in forma pauperis in the district court action who desires to appeal in forma pauperis on appeal must file a motion in the district court and attach an affidavit that: (1) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (2) claims an entitlement to redress; and (3) states the issues that the party intends to present on appeal. Petitioner must include the foregoing information in his motion to proceed in forma pauperis on appeal.

Accordingly, IT IS ORDERED that:

1. Petitioner's May 16, 2005, request for assistance is denied as unnecessary;

2. Petitioner's May 19, 2005, request for assistance in filling out forms is denied as unnecessary;

3. The Clerk of the Court is directed to send petitioner the form for requesting in forma pauperis status on appeal and a copy of Form 4 of the Appendix of Forms;

4. Petitioner's May 19, 2005, request for extension of time to file a motion to proceed in forma pauperis on appeal is granted; and

5. Petitioner is granted thirty days from the date of this order to file a request to proceed in forma pauperis on appeal.

DATED: May 25, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
berb1215.o